## File Hashes for IP Address 100.36.33.148

**ISP:** Verizon Online, LLC
**Physical Location:** Reston, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/03/2015 00:08:49 | 23D71A2FA58CCC0BFF332362FAD01AFDDD3E42BC | Are You Man Enough |
| 06/12/2015 20:16:43 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

EVA293